## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| MICHAEL J. McELROY | ) | Case No. 10-16883-SSM |
| RUTH McELROY | ) | |
| Debtors | ) | Chapter 7 |

## REPORT OF SMALL DIVIDENDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend due and payable to:

| **Creditors Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| CHASE BANK, USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | 2 | $4.57 |

Dated: June 29, 2011
                                         /s/Gordon P. Peyton
                                         Gordon P. Peyton
                                         Virginia State Bar #5155
                                         510 King Street, Suite 310
                                         Alexandria, VA 22314
                                         (703)684-2000